

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 25, 2021

**BY ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *United States of America v. $97.18 in United States currency, et al.*,
             21 Civ. 169 (ALC)

Dear Judge Carter:

      The Government respectfully requests that the Court enter the attached proposed Judgment of Forfeiture as no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

By:   /s/
      Aline R. Flodr
      Assistant United States Attorney
      Tel.: (212) 637-1110